ACCEPTED
03-15-00252-CV
8147961
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/8/2015 6:09:07 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00252-CV**

**IN THE COURT OF APPEALS**
**FOR THE THIRD DISTRICT OF TEXAS AT AUSTIN**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/8/2015 6:09:07 PM
JEFFREY D. KYLE
Clerk

**DR. BEHZAD NAZARI, D.D.S., ET AL.,**

**Appellants,**

**v.**

**THE STATE OF TEXAS,**

**Appellee,**

**v.**

**XEROX CORPORATION, XEROX STATE HEALTHCARE, LLC**
**F/K/A ACS STATE HEALTHCARE, LLC,**

**Appellees.**

On Appeal from the 53rd Judicial District Court of Travis County, Texas,
Trial Court Cause No. D-1-GN-14-005380

# UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF ON JURISDICTION

**BECK REDDEN LLP**
   Eric J.R. Nichols
   State Bar No. 14994900
   enichols@beckredden.com
   Gretchen Sween
   State Bar No. 24041996
   gsween@beckredden.com
   Christopher R. Cowan
   State Bar No. 24084975
   ccowan@beckredden.com
515 Congress Ave., Ste. 1900
Austin, TX 78701
(512) 708-1000
(512) 708-1002 (Fax)

**BECK REDDEN LLP**
   Constance H. Pfeiffer
   State Bar No. 24046627
   cpfeiffer@beckredden.com
1221 McKinney St., Ste. 4500
Houston, TX 77010
(713) 951-3700
(713) 951-3720 (Fax)

**GIBSON, DUNN & CRUTCHER LLP**
   Robert C. Walters
   State Bar No. 20820300
   rwalters@gibsondunn.com
2100 McKinney Ave., Ste. 1100
Dallas, TX 75201
(214) 698-3100
(214) 571-2900 (Fax)

**KELLY HART & HALLMAN LLP**
   C. Andrew Weber
   State Bar No. 00797641
   andrew.weber@kellyhart.com
301 Congress, Ste. 2000
Austin, TX 78701
(512) 495-6451
(512) 495-6930 (Fax)

**COUNSEL FOR APPELLEES, XEROX CORPORATION AND**
**XEROX STATE HEALTHCARE, LLC, F/K/A ACS STATE HEALTHCARE, LLC**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellees Xerox Corporation and Xerox State Healthcare, LLC f/k/a ACS State Healthcare, LLC ("Xerox") respectfully file this Unopposed Motion for Leave to File a Supplemental Brief on Jurisdiction, and in support thereof, shows the following:

1. Rule 38.7 of the Texas Rules of Appellate Procedure provides for the amendment or supplementation of briefing "whenever justice requires, on whatever reasonable terms the court may prescribe." TEX. R. APP. P. 38.7.

2. Justice requires supplementation because, as a threshold matter, the Court must ascertain whether it has subject matter jurisdiction to address all issues raised by this appeal. *University of Tex. Sw. Med. Ctr. at Dallas v. Loutzenhiser,* 140 S.W.3d 351, 358 (Tex. 2004). Xerox stated the basis for the Court's jurisdiction in its appellees' brief but did not elaborate because it thought the basis was undisputed. In the State's appellee's brief, however, the State argued that the Court lacks jurisdiction over the part of the district court's order dismissing the third-party claims against Xerox. State Br. 43. In their reply brief, the appellants did not respond to this particular argument made by the State. Therefore, the issue has not yet been joined.

3. The supplemental brief that Xerox seeks leave to file addresses the circumscribed jurisdictional dispute germane to the third-party claims against

2

Xerox. It explains that the Court has appellate jurisdiction under section 51.014(8) of the Texas Civil Practice & Remedies Code. Alternatively, Xerox argues that, if the Court were to determine that it lacks appellate jurisdiction, it should nonetheless exercise mandamus jurisdiction with respect to the district court's ruling dismissing the third-party claims against Xerox so that all issues raised by this appeal will be addressed on the merits.

4. The supplemental brief that Xerox seeks leave to file will not impinge upon the word-count limits imposed by Texas Rule of Appellate Procedure 9.4. Xerox's appellees' brief contains only 3,843 words, excluding the parts of the brief exempted by Rule 9.4(i)(2), and its Supplemental Brief on Jurisdiction contains only 1,215 words, excluding the parts of the brief exempted by Rule 9.4(i)(2). Therefore, if leave is granted, the total words in Xerox's briefing in this matter will lie far below the maximum allowed under the rules.

## PRAYER

Xerox respectfully requests that the Court grant leave to file the Supplemental Brief on Jurisdiction, which is tendered simultaneously with this motion as Exhibit 1.

Respectfully submitted,

By: */s/ Eric J.R. Nichols*

    Eric J.R. Nichols
    State Bar No. 14994900
    Gretchen Sween
    State Bar No. 24041996
    Christopher R. Cowan
    State Bar No. 24084975
**BECK REDDEN LLP**
515 Congress Ave., Ste. 1900
Austin, TX 78701
Tel: 512.708.1000
Fax: 512.708.1002

    Robert C. Walters
    State Bar No. 20820300
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Ave., Ste. 1100
Dallas, TX 75201
Tel: 214.698.3100
Fax: 214.571.2900

By: */s/ Constance H. Pfeiffer*

    Constance H. Pfeiffer
    State Bar No. 24046627
**BECK REDDEN LLP**
1221 McKinney St., Ste. 4500
Houston, TX 77010
Tel: 713.951.3700
Fax: 713.951.3720

    C. Andrew Weber
    State Bar No. 00797641
**KELLY HART & HALLMAN LLP**
301 Congress, Ste. 2000
Austin, TX 78701
Tel: 512.495.6451
Fax: 512.495.6930

**COUNSEL FOR APPELLEES, XEROX CORPORATION AND XEROX STATE HEALTHCARE, LLC, F/K/A ACS STATE HEALTHCARE, LLC**

4

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellants and for the State. Appellants do not oppose the relief requested here. The State does not oppose the relief requested here.

*/s/ Constance H. Pfeiffer*
Constance H. Pfeiffer
***Counsel for Appellees***

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2015, a true and correct copy of the above Unopposed Motion for Leave to File Supplemental Brief on Jurisdiction was forwarded to all counsel of record by the Electronic Service Provider, if registered, otherwise by email, and to Respondent, by hand delivery, as follows:

J. Campbell Barker
Deputy Solicitor General
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548
Cam.Barker@texasattorneygeneral.gov

Philip A. Lionberger
Assistant Solicitor General
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX 78771-2548
Philip.Lionberger@texasattorneygeneral.gov

Raymond Winter
Chief, Civil Medicaid Fraud Division
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
raymond.winter@texasattorneygeneral.gov

Reynolds Brissenden
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
reynolds.brissenden@texasattorneygeneral.gov

*Counsel for Appellee, The State of Texas*

Jason Ray
Riggs, Aleshire & Ray, P.C.
700 Lavaca, Suite 920
Austin, TX 78701
jray@r-alaw.com

E. Hart Green
Weller, Green, Toups & Terrell, L.L.P.
Post Office Box 350
Beaumont, TX 77704-0350
hartgr@wgttlaw.com

*Counsel for Appellants*

By: */s/ Constance H. Pfeiffer*
Constance H. Pfeiffer